**Order entered November 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01237-CV

## IN THE INTEREST OF E.A.E., E.E.E., AND E.J.E., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-55549-2014**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandate in this appeal **INSTANTER**.


/s/  CAROLYN WRIGHT
   CHIEF JUSTICE